UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-1101(DSD/HB)

Thomas Evenstad,

        Plaintiff,

v.                                 **ORDER**

Caroline Hood, LuAnne Buck,
Tina Tolletson, and RS Eden,

        Defendants.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer dated August 31, 2020. No objections have been filed to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice for failure to prosecute.

Dated: October 7, 2020

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court